**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: JAIME E. WESTHAUSE                           Case Number: 07-72813
1859 BROWER PLACE           SSN-xxx-xx-9347
SYCAMORE, IL  60178

Case filed on:   11/17/2007
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,152.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JACQUELINE MONTVILLE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CARMAX AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JAIME E. WESTHAUSE | 0.00 | 0.00 | 403.34 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 403.34 | 0.00 |
| 001 | CARMAX AUTO FINANCE | 16,181.25 | 16,181.25 | 367.12 | 332.88 |
| 003 | COLDWELL BANKER MORTGAGE | 5,672.00 | 5,672.00 | 0.00 | 0.00 |
| 004 | COLDWELL BANKER MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 21,853.25 | 21,853.25 | 367.12 | 332.88 |
| 005 | AES/PHEAA | 11,150.49 | 11,150.49 | 0.00 | 0.00 |
| 006 | ATTORNEY MICHAEL D. FINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CB USA SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | B-REAL LLC | 16,807.59 | 16,807.59 | 0.00 | 0.00 |
| 015 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | DELNOR COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | DEVIN WESTHAUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | EQUIFAX INFORMATION SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | EXPERIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | FIFTH THIRD BANK | 23,988.04 | 23,988.04 | 0.00 | 0.00 |
| 021 | FIFTH THIRD BANK | 741.11 | 741.11 | 0.00 | 0.00 |
| 022 | FIFTH THIRD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | FIFTH THIRD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | WORLD FINANCIAL NETWORK NATIONAL BANK | 3,626.62 | 3,626.62 | 0.00 | 0.00 |
| 025 | HARLEM FURNITURE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | HARLEM FURNITURE | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | JUNIPER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | PHEAA - HELP | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | PHEAA - HELP | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | PHEAA - HELP | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | LVNV FUNDING LLC | 5,385.78 | 5,385.78 | 0.00 | 0.00 |
| 032 | SEARS / CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | TRANSUNION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 61,699.63 | 61,699.63 | 0.00 | 0.00 |
|  | Grand Total: | 83,552.88 | 83,552.88 | 770.46 | 332.88 |

Total Paid Claimant:      $1,103.34
Trustee Allowance:           $48.66          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:        0.00          discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008                 By  /s/Heather M. Fagan